STATE v. MILLS

No. 187 P.C.

Case below: 39 N.C. App. 47.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 February 1979.

STATE v. RAYNOR

No. 196 P.C.

Case below: 39 N.C. App. 259.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 February 1979. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 5 February 1979.

STATE v. REID

No. 168 P.C.

Case below: 38 N.C. App. 547.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 5 February 1979.

STATE v. TRIPP

No. 155 P.C.

Case below: 38 N.C. App. 628.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 February 1979.

STATE v. WAY

No. 160 P.C.

Case below: 38 N.C. App. 628.

Petition by defendant for discretionary review under G.S. 78A-31 allowed 5 February 1979.